# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROBERT ANDERSON, et al.,

    Plaintiffs,

v.                                CASE NO.  4:06cv374-RH/WCS

FLORIDA DEPARTMENT OF JUVENILE
JUSTICE, et al.,

    Defendants.

_____/

## ORDER FOR SCHEDULING HEARING

Upon consideration of the parties' joint request, as set forth in their joint scheduling report, for a scheduling hearing prior to entry of a final scheduling order,

IT IS ORDERED:

1. The clerk shall set a scheduling hearing for the first available date.

2. If not already underway, discovery may commence immediately.

SO ORDERED this 3d day of October, 2006.

                                            s/Robert L. Hinkle
                                            Chief United States District Judge